Good morning, I'm Keith Forth. In the court order Supplemental Briefing, it became apparent that the intervenors were trying to basically untether the TRO to the Plumetary Injunction when the briefings and findings in the injunction were used throughout the collateral and current civil contempt proceedings seeking compensatory damages. So the two cannot be untethered, and throughout the record, if you look at page 8 and 9 of the injunction... So are you Ronald Richards? Yes. Are you the person at Thurso-Libs, right? So you were denied a Provoctine check? Yes. Okay, I just want to make sure you're clear. That issue is coerced, though, by the lack of subject matter jurisdiction issue, because in the... Okay, so as a contrary argument to when you committed the case, so there raises a substantial question whether or not the district court had jurisdiction, but didn't you remove the case to the district court's argument that it had some diversity of jurisdiction? The trial counsel removed the case at the time there was a flux in the law, whether an unincorporated association would look to the citizenship of a limited liability company. Then on March 7, 2016, the Supreme Court pronounced the Amerigold v. ConAgra Foods decision and made it clear that the only parties for purposes of diversity can be a human being or a corporation, so that area was tightened up. And then on the very next day, appellants filed a Rule 28-600 in this court notifying of the sea change in this policy. So that's why, at the time of removal, there was a dispute going around the country whether associations or partnerships looked at just what state they were incorporated in, and that area was not well-versed at that time. Counsel, apart from the issues on which the district court didn't rule, the question I have for you is this. If the false person has been solved, why is there a separation? That's a good question. First of all, there is a lot of controversy that is dealing with the current injunctions. Because if you look at the record on page 7, Supplemental Extrovert Record 72 and page 67, both the candidate's supplemental brief for sanction includes the injunction's findings on page 4, 5, 7, and 9. That's 75 through 80 of the Supplemental Record. And also the intervener's supplemental brief in support of contempt, the incitement, the preliminary injunction at pages 5, 6, 8, and 17. That's at page 887 of the Supplemental Extrovert Record. So what's the live issue? I didn't understand anything that you just said. I'm sorry. You cited the record, but what is the live issue? The live issue is that there's pending promotions for compensatory damages for contempt using the injunction in the statute. No, that's not correct. The sanctions that are being sought were compensation for causing hurt and pursuing the preliminary injunction because your company violated the TRO. Those actually arise from the TRO, not the preliminary injunction. But we cited Frankel v. HGH for? That's not what we cited. Okay. The findings of the injunction support the compensatory damages. They're not using findings from some other hearing. There was three days of hearings related to the preliminary injunction, and those were on 10-13, 11-2, and 11-3, 2015. So the findings seek sanctions based on an alleged violation of the preliminary injunction itself? No, they're seeking the sanctions based on the findings of the preliminary injunction and using those findings to say that the TRO was violated if you look at the actual injunction. What difference does that make? We're still talking about whether or not the TRO was violated, not just the preliminary injunction was violated. I'm going to explain the nuance. There was no allocation of violation of the TRO when the TRO was issued. The TRO was issued, and then specifically during the injunction hearing, the court made the findings on paragraph 16 that Ezra Leifstrauss had actual knowledge of the state court TRO and took no action to comply. If the injunction is not reviewable and issued without subject matter jurisdiction, Ezra Leifstrauss is captain to those findings. Those findings are prejudicial, and a live controversy exists as long as effective relief may still be available to counteract the effects of the violation. We cited that the validity of the civil contempt adjudication turns on the legitimacy of the underlying injunction. If there is no valid injunction, then there is no valid findings, and then there would be no civil contempt or compensatory damages. But it's sort of like if I were never born, you wouldn't have to deal with me today. Okay, good. I mean, it's like every... Well, you can't appeal the TRO. So the only... When you appeal the injunction, you appeal the findings, the evidence, the nexus between the TRO violations that the interveners are using is the evidence at the injunction hearing. So that I certainly... My understanding is the plaintiffs' appellees are responding to what you're having to say, and they're saying the district court has dismissed defendants from the action. The injunction is no longer binding on the defendants to contempt, and the fee motion proceedings against the defendants relate to the state TRO and the TRO non-preliminary injunction issued by the district court, and thus the validity of the preliminary injunction does not impact the contempt proceedings. The plaintiffs' motion for attorney's fees does not impact whether the appeal is admitted because that issue is ancillary to which there is a case or controversy under Article III. And lastly, the issue of jurisdiction does not give the Ninth Circuit jurisdiction over an appeal from the district court's preliminary injunction. So that's what I'm understanding. The plaintiffs are saying counter to what you're saying. Is that right? That's right. But there's two problems with that. First of all, we have to look at subject matter jurisdiction first. And second of all, they're not just seeking attorney's fees. They're seeking compensatory damages that in the minute order were not dismissed from the case. There was a minute order, but then the court, at a later status conference, indicated that it was going to get you a final ruling, and the dismissal has not been effected. So does it allow us to still have a live defendant in the case? You won't see my colleague get up and say, I'm moving to dismiss them right now in front of you, and you won't see him say, he's going to stipulate to vacate the injunction. You want the sanctions, right? You want the sanctions and the compensatory damages, but you want it all. That's correct. So there is a live controversy that the defendant has. That's not a live controversy in front of us. Well, the injunction, if the injunction was issued without subject matter jurisdiction, then the effects and the traces of the injunction is going to endure for the rest of his life cycle. No one knows because you've gone and you've followed two different, directly opposing arguments on that, and it would have to be just remanded to the district court for that. Well, I'll tell you what we do know. We don't know what the district court is going to base any sanctions on. There's no clear order from the district court. That's speculation. So the district court can make all sorts of findings. It did in its injunction, which would warrant a monetary loss to his or her lifestyle. So if the injunction was issued without jurisdiction in the first place, this should be ruled on now, the injunction should be vacated, and the case should be remanded back to state court. Subject matter jurisdiction should be ignored. The answering brief on page 6 of the brief relies on the findings of the injunction, and in footnotes 6, pages 5 and 6 of the answering brief, they ask the court to address jurisdiction as well on the merits. Now they've pivoted because they thought when you issued your question on mootness that that would somehow mask the subject matter jurisdiction problems. The record is undisputed that there was no subject matter jurisdiction. When the case was removed, the entity was standing that there is no evidence in the record to contradict that in California. You can legally incorporate a limited liability company in the form. It doesn't require any jurisdiction. Okay. So I'm just going to clarify one thing. So is the motion for contempt your only basis for claiming that the preliminary injunction appeal is outlawed? I want to be clear. There's three motions for contempt, all three, yes. There's three. If the motion is for contempt, I see all the bases where you're claiming that the preliminary injunction motion appeal is. So we have another basis that we're still a defendant in the action. So we haven't been dispensed. So as long as we're a defendant and we're suffering the negative findings and effects of the injunction, we have a controversy. It's not like we've been dismissed and we're not a party. We're a civil party. In that case, the land was sold, right? The land was sold. So what control do you have over it? How are you bound by the injunction? We're not bound by the injunction. We're being prejudiced by the effects of the injunction. That goes back to the contempt, right? That's correct. Okay, so all right. So now you've answered my question. The question is reserved for the remaining four and a half minutes. Thank you. Let's hear what you have to say. Good morning, Your Honors. My name is Mark A. I'm pleased to report to the Senate hearing on behalf of Silverstone Ranch Community Association. Just to tell you, you are correct. Our understanding that you stated earlier was directly on point. We are seeking contempt regarding the DROs. The DROs were issued before the preliminary injunction was entered. Both of the motions, and there's only two contempt motions that have been filed, were both filed over a month in advance before the preliminary injunction was entered. In fact, the first contempt motion, which relates to the state court DRO, which can be challenged regarding jurisdiction because the state court entered the DRO before the matter was even removed, that motion for contempt was filed in state court. And, in fact, there was an order to show cause hearing that was set in state court within a few days before they removed the matter to federal court. So, I was clear in the brief, but again, I'm going to say it again, even though I think everyone here understands it. The contempt proceedings is what we're seeking, relating to the DROs, not the preliminary injunction. We agree that the preliminary injunction appeals to them. Yes, Your Honor, we agree that the preliminary injunction appeals to them. In order for us to accept that, do we have to do anything else? No. You can dismiss this appeal and remand the matter back to the district court. We don't even have to remand it. It's there, right? If we say this is moved, then it's there, right? That's correct. If you dismiss it and the appeal no longer exists and the district court can move forward as the district court sees fit. No, we wouldn't be saying anything back, would we? Well, just to enforce possible enforcement of the sanctions. That's correct, the sanctions issue. I just wondered if the district court didn't have jurisdiction, which we can't possibly decide here. I would agree with you there are factual issues that the district court needs to evaluate with respect to that and their position that a stateless LLC can exist in California as well, and I'll touch on that in a moment. But so there's a few issues for the district court to address. One, because they've raised jurisdiction here, the district court has stated that to some extent he believes that he can't decide on the issue of jurisdiction because it was raised before this court. And so the district court, I think, is asking to act regarding the contempt until he can address the jurisdiction issue. And at a hearing in December, the district court stated that he did believe that he had jurisdiction, and that he thought about addressing that as soon as he had the ability to do so. So that's one issue that the district court needs to address. But that's not just a hearing. It's a preliminary objection, right? That's correct. That is the only issue that's... The court still has jurisdiction if it actually has, so she can have jurisdiction to proceed despite other issues. Again, I think there's some ambiguity there. I would agree with Your Honor, but I think given the procedural gamemanship, which I believe we can all agree has occurred today, the district court, I think, is acting very cautiously with the appellants in this regard, given the shell games and everything else that they've played to date in this action. And so technically you can raise jurisdiction at any point in time, even on appeal. The problem is this court can't reach that issue. Yeah, we can't reach it. I'm just thinking if there's any, including the district court, typically when you appeal, like what they, all the issues that are balanced by that, what they are on the rules, prior to this jurisdiction passed to the court of appeals, there's other areas that may be in the district court's jurisdiction. That's correct. Right now, the only thing before you is the preliminary injunction. And arguably they can challenge jurisdiction as it relates to the preliminary injunction. However, this court, as you've stated, It doesn't need to be there. Yeah, it doesn't need to be there because of the mootness doctrine. So if citizens' appeal is dismissed because it's moot, I think the district court would feel more comfortable in evaluating the jurisdiction issue at this point in time. The automatic stay prevents us from pursuing the current golf offense. You don't have standing to challenge this appeal as a violation of the automatic stay though, right? I have an ethical obligation, in my opinion, to notify this court of the bankruptcy and the fact that the automatic stay exists. If I violate the automatic stay without performing that ethical obligation, it can move the whole median contempt of court within the bankruptcy proceedings. There was an argument that you should actually have a claim in the bankruptcy proceeding. We have filed a claim in the bankruptcy proceeding and we filed a representative claim on behalf of the $1,500 all-motor set of opt-in in the amount of $130 million. And so that is a proceeding. And in fact, there is a hearing set in the bankruptcy court. So right now, what is the status of this? Is it a brown piece of property? Or what does it look like right now? The golf course does not look fantastic by any means, your honor. The large vegetation, we've done our best to try and work with the estate, the debtor's estate, but they have no assets. They didn't have a bank account at the time of the day. We paid $0 to assume the secure note and purchase the golf course. And so they had no money in order to maintain it, but we've done our best in order to keep the live vegetation alive. Plus, obviously, we have lots of palm trees, things like that that are very expensive to remove and replace. But with respect to the grass itself, it's dead, your honor. It's filled with weeds. So there is some green out there, but as far as restoring it, you would almost have to start from scratch in order to make the golf course playable again. Okay, I think we have this understood. Does anybody have any other questions? All right. Okay, well then. Thank you, Ken. Thank you, your honor. Did you have a few more minutes, Mr. Richard? Did you? I would ask this court to rule on the subject matter jurisdiction issue for diversity on the record before it because the burden is on the removing party. And if the burden wasn't met, then the case should have been remanded. You pursued the removing party? That's correct. And then there was a motion filed early on in the case. There was a motion filed to remand on September 23rd, 2015, and that was before any TRO was issued by the district court. And the party that filed the motion to remand pointed out. I think this is a thing that needs to be decided at the district court because there's, like, obviously core questions of that, too. You can't decide questions of that, too. Okay. The question is not whether there's a question of fact, whether there was any evidence in the record that presently supports whether the case should be in federal court, and we cited a plethora of cases that this court has entertained. We've said that at any time subject matter jurisdiction is raised before the court that the court has an obligation to deal with that issue, and we cited numerous cases that. That's a true legal principle. But there was numerous cases that we cited after the AmeriCorps decision where this court and other courts have taken cases and vacated the rulings and remanded the case back to the state court, and that was the principles that we cited those cases for. Okay. All right. Thank you. Thank you. Thank you. So, teller's deed versus desert lifestyle will be submitted. I think here we'll take a five-minute recess until the next case. The oral argument can be set up. Thank you.
judges: Wardlaw, Gould, Callahan